IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00402-WYD-BNB

CENTURY I CHEVROLET, INC., a Colorado corporation,

    Plaintiff,

v.

CONTINENTAL TRANSPORT, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    THIS MATTER is before the Court on the parties' Stipulation for Dismissal Without Prejudice Pursuant to FED. R. CIV. P. 4(a)(1)(A)(ii) (filed January 13, 2009). After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed. Accordingly, it is

    ORDERED that the Stipulation for Dismissal Without Prejudice Pursuant to FED. R. CIV. P. 4(a)(1)(A)(ii) is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorneys fees and costs.

    Dated: January 13, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge